WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 05-00171-007-PHX-FJM |
| Plaintiff, | ) | |
| vs. | ) | |
| Jose Corrales, Jr., | ) | **ORDER** |
| Defendant. | ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on August 11, 2006.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148 and has consented the issue of release be determined by the Court based on the allegations in the petition.

**THE COURT FURTHER FINDS** by clear and convincing evidence that the Defendant has failed to submit to drug testing on June 23, 2006, Jule 7, 2006, and July 24, 2006

**THE COURT FURTHER FINDS** that the Defendant violated his condition of release set by Magistrate Judge Sitver in April 20, 2005.

1 **THE COURT FURTHER FINDS** that in light of the allegations, the history of the
2 charge, the plea of guilty to the crime of conspiracy to possess with intent to distribute less
3 than 50 kilograms of marijuana.
4 **THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide
5 by any condition or combination of conditions of release.
6 **IT IS ORDERED** that the Defendant shall be detained as a flight risk and a danger
7 to the community.
8 DATED this 15th day of August, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge